UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-62338-CIV-DIMITROULEAS

DUROGENE GEORGE,

      Plaintiff,

vs.

SUMMIT FINANCIAL CORP.,

      Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO COMPEL ARBITRATION AND DISMISS PLAINTIFF'S COMPLAINT

THIS CAUSE is before the Court upon Defendant Summit Financial Corp.'s Motion to Compel Arbitration and Dismiss Plaintiff's Complaint [DE 6], filed herein on November 30, 2015. The Court has carefully considered the Motion [DE 6], Plaintiff's December 17, 2015 Notice of Non-Opposition [DE 9], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 6] is **GRANTED**; and

2. The Court hereby **COMPELS** arbitration of Plaintiff's claims and **DISMISSES** this action.

3. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Ft. Lauderdale, Broward County, Florida this 18th day of December, 2015.

*[Signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record